### 11928

### STATE v. WILLIAMS

### (131 S. E., 784)

HOMICIDE.—Evidence *held* sufficient to support conviction of manslaughter.

Before WILSON, J., Allendale, Spring term, 1925. Affirmed.

Arthur Williams was indicted for murder and upon conviction of manslaughter, appeals.

The evidence introduced on the part of the State tended to show that accused, while driving on the highway near deceased's home, ran into a hog belonging to deceased, killing the hog, and breaking a wheel on his car; that a short time later, accused and three companions returned with an extra wheel, and while they were working on the car deceased approached carrying a gun; that accused and deceased got into an argument and started scuffling, when accused pulled a revolver from his pocket and shot deceased. Defendant, the only witness for himself, contradicted the testimony relative to the scuffling, and stated that deceased, a Negro, had called him "a son of a bitch" and had attempted to use the gun he was carrying, whereupon accused shot him.

*Messrs. Harley & Blatt,* for appellant, cite: *Witnesses presumed to tell the truth:* 113 S. C., 157. *Verdict should have been directed:* 117 S. C., 470.

*Mr. Randolph Murdaugh,* Solicitor, for the State.

March 2, 1926.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

The exception complains of error on the part of his Honor in not granting a new trial on the ground that the evidence did not warrant a conviction, and that from the evidence no other inference could be drawn than that the defendant acted in self-defense.

The exception is overruled, as there was ample evidence to support the verdict of the jury, and we see no error.

MR. CHIEF JUSTICE GARY and MESSRS. JUSTICES COTHRAN, BLEASE and STABLER concur.